# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| RANDALL HATFIELD, | : | Case No. 1:16-cv-346 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| BRACLAIRE MANAGEMENT, LLC, *et al.*, | : | |
| Defendants. | : | |

## ORDER OF DISMISSAL

Plaintiff, having filed his notice of voluntary dismissal without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (Doc. 34);

The Court hereby **ORDERS** that this action is hereby **DISMISSED without prejudice** and, accordingly, shall be **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 3/26/2019

Timothy S. Black
United States District Judge